THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE WESTERN NEW YORK AND PENNSYLVANIA RAILROAD COMPANY et al., Respondents, *v.* MAHLON B. ADAMS et al., Appellants.

Reported below, 88 Hun, 122.
(Argued November 25, 1895; decided December 10, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made the first Tuesday of May, 1895, in certiorari proceedings, which vacated and annulled a local assessment in the city of Rochester for the construction of a bridge across the tracks of the relator.

*A. J. Rodenbeck* for appellants.

*Charles J. Bissell* for respondents.

Order affirmed, with costs, on opinion below.
All concur.